IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINALD BURRELL, | * |
| | * |
| Petitioner, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 13-00242-KD-B |
| | * |
| CHERYL PRICE, | * |
| | * |
| Respondent. | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (doc. 22) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED** as time barred.

Petitioner is not entitled to a Certificate of Appealability and any request for leave to appeal *in forma pauperis* is due to be denied.

DONE this 15th day of July 2016.

                                                                            s/ Kristi K. DuBose
                                                                            KRISTI K. DuBOSE
                                                                            UNITED STATES DISTRICT JUDGE